## Allshouse, Appellant, v. Wilkinsburg Borough.

Argued October 9, 1941. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*L. Pat McGrath,* with him *A. R. McGrath,* for appellant.

*H. E. McCamey,* of *Dickie, Robinson & McCamey,* for appellee.

PER CURIAM, November 24, 1941:
The order of the court below is affirmed on the opinion of Judge MCNAUGHER.